IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00685-DDD-STV

HASSAN CHARA, a/k/a Hassan Bshara Ahmed,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the ICE Denver Contract
Detention Facility;
GEORGE VALDEZ, in his official capacity as Denver Field Office Director, ICE
Enforcement and Removal Operations;
DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and
Customs Enforcement; and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United
States,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed July

22, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and

incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Amended Petition for Writ of Habeas Corpus is DENIED AS

MOOT and DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this <u>22nd</u> day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk